UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on June 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 21, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Motion filed by Scott D. Sherman, Esq., as counsel for Mark K. Warren, Esq. of The Locator Services Group Ltd., Attorney-in-Fact for Wells Fargo Bank, N.A., for the withdrawal of funds paid into the Court Registry to come on for consideration, after appropriate notice, the Court having considered the motion finds that the motion should be granted and that the claimant is entitled to the sum of $11,373.00 deposited, by the United States Bankruptcy Court for the District of New Jersey. It is accordingly,

**ORDERED**, that pursuant to 28 USCA 2041 and 28 USC 2042, the Bankruptcy Clerk, District of New Jersey, shall pay from the Registry of the Court the unclaimed monetary sum of $11,373.00 to the order of:

**Wells Fargo Bank, N.A.**
c/o The Locator Services Group Ltd.
280 Summer St, Suite 400
Boston, MA 02210

Claimant's: 94-1347393
( ) Social Security Number
(X) Employer Identification Number